SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAN YU,<br>KEMING MU,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Director,<br>California Service Center, U.S.C.I.S.;<br>ROBERT S. MUELLER, Director of<br>Federal Bureau of Investigation,<br><br>        Defendants. | No. C 06-7878 CW<br><br>**STIPULATION TO EXTEND DATE OF HEARING ON DEFENDANTS' MOTION TO DISMISS AND THE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>Date:  May 11, 2007<br>Time:  10:00 a.m.<br>Courtroom: 2, 4th floor |

   The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extending the date of the hearing on defendants' motion to dismiss and the case management conference from April 13, 2007, to May 11, 2007, due to the fact that plaintiffs' attorney is scheduled to be in court in another matter on April 13, 2007.  The parties further jointly ask this Court to calendar the case management conference together with the defendants' motion to dismiss at 10:00 a.m.

STIPULATION TO EXTEND DATES
C06-7878 CW                                                              1

| | | |
|---|---|---|
| 1 | Date: March 1, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |
| 8 | Date: March 1, 2007 | /s/ |
| 9 | | JUSTIN X. WANG<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/2/07

CLAUDIA WILKEN
United States District Judge

STIPULATION TO EXTEND DATES
C06-7878 CW                                                          2