SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAN YU, <br> KEMING MU, <br><br>     Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; <br> EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; <br> CHRISTINA POULOS, Director, California Service Center, U.S.C.I.S.; <br> ROBERT S. MUELLER, Director of Federal Bureau of Investigation, <br><br>     Defendants. | No. C 06-7878 CW <br><br> **STIPULATION TO MODIFICATION OF BRIEFING SCHEDULE; AND ORDER** <br><br> Hearing Date:   July 26, 2007 <br> Hearing Time:   2:00 p.m. |

    The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to modify the briefing schedule in the above-entitled action, in light of the following:

    1. The plaintiffs are natives and citizens of China who filed I-485 applications to adjust their status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on March 15, 2005.

    2. The applications are pending with USCIS, pending the completion of a name check by the

FBI of plaintiff Lan Yu.

3. On May 11, 2007, this Court denied the government's motion to dismiss the action and set a briefing schedule on the parties' cross-motions for summary judgment. In their motion for summary judgment, the plaintiffs have set a hearing date for July 26, 2007, at 2:00 p.m.

4. In this Court's May 11, 2007 minute order, this Court stated that counsel can stipulate to continue the briefing schedule if the name check is expedited.

5. The USCIS has asked the FBI to expedite the name check for plaintiff Lan Yu (the name check for plaintiff Keming Mu has already been completed).

6. The parties believe there is a significant possibility that this case will be moot in the reasonably foreseeable future.

7. Accordingly, the parties stipulate that the defendants will file their opposition/cross-motion for summary judgment on July 5, 2007, and the plaintiffs will file a reply on July 12, 2007. The hearing date will remain for July 26, 2007.

8. The parties will file a stipulation to dismiss this action if and when the FBI completes the name check and USCIS adjudicates the plaintiffs' I-485 applications.

Date:  June 7, 2007                                  Respectfully submitted,

                                                     SCOTT N. SCHOOLS
                                                     United States Attorney

                                                      /s/
                                                     EDWARD A. OLSEN
                                                     Assistant United States Attorney
                                                     Attorneys for Defendants


Date:  June 7, 2007                                   /s/
                                                     JUSTIN X. WANG
                                                     Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  6/8/07

_Claudia Wilken_
CLAUDIA WILKEN
United States District Judge

STIPULATION TO MODIFY BRIEFING SCHEDULE
C06-7878 CW                                   2