1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9
                 UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12
   LAN YU,                              )
13 KEMING MU,                           )
                                        )  No. C 06-7878 CW
14              Plaintiffs,             )
                                        )
15         v.                           )
                                        )  **STIPULATION TO DISMISS; AND**
16 MICHAEL CHERTOFF, Secretary of the   )  **ORDER**
   Department of Homeland Security;     )
17 EMILIO T. GONZALEZ, Director,        )
   U.S. Citizenship and Immigration Services; )
18 CHRISTINA POULOS, Director,          )
   California Service Center, U.S.C.I.S.; )
19 ROBERT S. MUELLER, Director of       )
   Federal Bureau of Investigation,     )
20                                       )
                Defendants.             )
21 _____ )

22     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

24 in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

25     Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stipulation to Dismiss
C06-7878 CW                          1

1

2    Dated: July 2, 2007                              _____/s/_____
                                                       EDWARD A. OLSEN
3                                                      Assistant United States Attorney
                                                       Attorney for Defendants
4

5    Dated: June 28, 2007                             _____/s/_____
                                                       JUSTIN X. WANG
6                                                      Attorney for Plaintiffs

7

8                                        **ORDER**

9         Pursuant to stipulation, IT IS SO ORDERED.

10

11   Date:   7/12/07
                                                       _____
12                                                     CLAUDIA WILKEN
                                                       United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C06-7878 CW                          2